IN THE MATTER OF THE APPLICATION OF EDWARD H.
DEDERICK FOR A WRIT OF MANDAMUS.

(Argued April 1, 1879 ; decided April 8, 1879.)

THIS was appeal from an order of General Term affirming
an order of Special Term denying an application for a writ
of mandamus to compel Emmons Clark, colonel of the
Seventh Regiment, N. G. S. N. Y., to countermand an order
discharging the petitioner from said regiment. Petitioner
was a private and was discharged after serving within about
a month of his term of enlistment (seven years) upon a cer-
tificate of the regimental surgeon that he was physically
disabled. The certificate was in due form as prescribed by
statute (§ 3, chap. 29, Laws of 1876; § 253, chap. 80, Laws
of 1870). *Held*, that the granting or refusal of the writ
was in the discretion of the court of original jurisdiction ;
that it did not appear that the discretion had been abused,
and that therefore this court would not interfere to review
the proceedings.

*Charles E. Lydecker* for appellant.

*Emmons Clark* respondent in person.

*Per Curiam*   inion for dismissal of appeal.

All concur.
Appeal dismissed.